# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| MARK MELDRUM PhD; 2533695 ONTARIO LTD. Canada business corporation, d/b/a markmeldrum.com<br><br>Plaintiffs,<br><br>vs.<br><br>BILL CAMPBELL III<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 8:19-CV-01541-JVS-KES<br><br>[U.S.D.J. James V. Selna, Dept 10C]<br><br>**ORDER RE: DISMISSAL**<br><br>Complaint Filed: August 8, 2019<br>Trial Date: November 10, 2020 |

///
///
///
///
///
///
///
///

**IT IS HEREBY ORDERED:**

1. This case is dismissed in its entirety, with prejudice, as to all parties, all claims, and all counterclaims, and each party shall bear its own attorney's fees and costs.

Dated: March 24, 2020

_____
Hon. James V. Selna
U.S. District Court Judge